# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

HAROLD BUTLER

NO. 2024 KW 0109

**FEBRUARY 8, 2024**

---

In Re: Harold Butler, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 602663.

---

**BEFORE: WELCH, WOLFE, AND STROMBERG, JJ.**

**STAY LIFTED. WRIT GRANTED.** While this situation is surely frustrating for the district court and the State, forcing an attorney to trial who is unprepared does not punish the attorney for her lack of readiness, it punishes the defendant's right to present an adequate defense and violates his Sixth Amendment right to effective assistance of counsel. See **State v. Laugand**, 99-1124 (La. 3/17/00), 759 So.2d 34 (*per curiam*). Therefore, the district court's ruling is reversed, the motion for mistrial is granted, and this matter is remanded for further proceeding.

JEW
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT